UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Grow Biz International, Inc., a, Minnesota corporation

Plaintiff,

vs.

Hal J. Scheer and Amy K. Scheer

Defendants.

Civil File No. 01-CV-1486 (JMR/FLN)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS**, plaintiff Grow Biz International, Inc. and defendants Hal J. Scheer and Amy K. Scheer have reached a full and complete settlement of all claims asserted in the above-referenced matter;

**WHEREAS**, the parties to this action have agreed to dismiss this action with prejudice and without fees or costs to any party;

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto that the above-captioned matter be dismissed with prejudice and without costs or fees to any party.

DATED: October 2, 2001

**BRIGGS AND MORGAN, P.A.**

By [signature]
Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 334-8400
Fax: (612) 334-8650
**Attorneys for Plaintiff**
**Grow Biz International, Inc.**

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

DATED: 9/21, 2001

**KARP & LANGERMAN P.C.**

By ______________________
Lawrence Langerman
185 Plains Road
Milford CT 06460
Telephone: (203) 876 0606
Fax: (203) 876-0768

**Attorneys for Defendants**
**Hal and Amy Scheer**

IT IS SO ORDERED:

Dated: October 5, 2001

BY THE COURT

By ______________________
Judge of the U.S. District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500